**Bryan S. BEHRENS, for Bryan BEHRENS, Michelle Behrens and children of the Behrens', Bryan Behrens as a receivership entity, Plaintiff–Appellant**

v.

**GMAC MORTGAGE, LLC, and it's successors Ocwen Loan Servicing, third party collectors and service providers for U.S. Bank National Association as Trustee for Ramp 2006 NC2, Defendant–Appellee.**

No. 14–1020.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 7, 2014.

Filed: Aug. 14, 2014.

---

1. The Honorable Mark V. Holmes, United States Tax Court Judge.

Bryan S. Behrens, for Bryan Behrens, Michelle Behrens and Children of the Behrens', Bryan Behrens as a Receivership Entity, Terre Haute, IN, pro se.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Bryan Behrens appeals the district court's[1] preservice dismissal of his civil complaint, in which he alleged that the lender and servicer on a mortgage encumbering certain property were violating the Fair Debt Collection Practices Act by foreclosing on the property, and that the foreclosure proceedings violated a court order in a separate receivership case. Upon careful de novo review, we conclude that dismissal was proper for the reasons explained by the district court; and we reject without discussion the arguments raised on appeal. The judgment is affirmed. *See* 8th Cir. R. 47B.

[1]. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.